JS - 6

**FILED: 2/25/2013**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Metropolitan Life Insurance Company*, <br><br>            **Plaintiff,** <br><br>    v. <br><br> *Carlos Anibal Lopez, et al.*, <br><br>            **Defendants.** | CASE NO. CV 11-6393-GHK (AGRx) <br><br> **JUDGMENT** |

   Pursuant to the Court's January 31, 2013 Order, IT IS HEREBY ADJUDGED that Defendant Carlos Anibal Lopez ("Lopez") has no interest in any policy benefits payable ("Subject Funds") under Xiomara Fajardo de Lopez's Sizzler USA, Inc. Insurance Plan and ERISA-regulated group life insurance policy ("Policy") that Metropolitan Life Insurance Company ("MetLife") issued.  Lopez shall be restrained from taking, or proceeding with or commencing any action against MetLife or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Policy, and/or with respect to benefits due under the Policy.  Also pursuant to the Court's January 31, 2013 Order, it is ADJUDGED that the Minors K.R.L, C.D.L., and N.L.L

("the Minors"), through their guardian David Fajardo ("Guardian"), are jointly entitled to the Subject Funds.

**IT IS SO ORDERED**.

DATED: February 25, 2013

_____
GEORGE H. KING
Chief United States District Judge

2